IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**PATRICK LEWIS HUBBARD**                                                                 **PLAINTIFF**

V.                                   **CASE NO. 5:23-CV-05168**

**OFFICER SERATT,**
Fayetteville Police Department (FPD);
**DETECTIVE BRYAN LINDABURY, FPD;**
and **OFFICER SINIAWA, FPD**                                                              **DEFENDANTS**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 33) filed on August 27, 2024, by the Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. More than 14 days have passed, and no party has filed objections to the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. Accordingly, Defendants' Motion for Summary Judgment (Docs. 27-29) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**. A judgment will enter separately, and the Clerk of Court is directed to **CLOSE THE CASE**.

**IT IS SO ORDERED** on this 16th day of September, 2024.

                                                                    */s/ Timothy L. Brooks*
                                                                    TIMOTHY L. BROOKS
                                                                    UNITED STATES DISTRICT JUDGE